# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-05153 JAK (FFMx) | Date | May 3, 2012 |
| Title | Lynne Cruz v. Hartford Life and Accident Insurance Company | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On May 3, 2012, defendant filed "Notice of Settlement" (Dkt. 25). The Court sets an Order to Show Cause re Dismissal for June 11, 2012 at 1:30 p.m. If the parties file a dismissal by June 7, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The June 4, 2012 Post Mediation Status Conference, December 10, 2012 Final Pretrial Conference, and December 18, 2012 Court Trial are vacated.

**IT IS SO ORDERED.**

                                                                                                                                                 :

Initials of Preparer    ak