UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYNNE CRUZ,<br><br>           Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, ADMINISTRATOR OF THE SMITHKLINE BEECHAM CORPORATION, A GLAXOSMITHKLINE COMPANY LONG TERM DISABILITY EMPLOYEE BENEFITS PLAN,<br><br>           Defendants. | Case No.  CV11-05153 JAK (FFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES JS-6** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED: May 31, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-2050-2031 v1

- 1 -

CV11-05153 JAK (FFMX)
ORDER RE STIP. FOR DISM. W/PREJ. OF ENTIRE ACTION AGAINST ALL PARTIES